# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1345

_____

DERRICK ALLEN,

　　Appellant,

　　v.

RICKY D. DIXON, Secretary
Florida Department of
Corrections, et al.,

　　Appellees.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

February 27, 2026

PER CURIAM.

　　AFFIRMED.

OSTERHAUS, C.J., and ROWE and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Derrick Allen, Appellant, pro se.

James Uthmeier, Attorney General, and Mykhaylo Vsevolodskyy, Assistant Attorney General, Tallahassee, for Appellee, Ricky D. Dixon, Secretary, Florida Department of Corrections.

Thomas R. Thompson and Mallory Bennett Brown, of Thompson, Crawford, & Smiley, Tallahassee, for Appellees: Lieutenant T. Fendlason, Grievance Coordinator C. Davis-Cotton, Correctional Officer S. Thomas, Sergeant Z. Scruggs, Assistant Warden Charles L. Ricks, Assistant Warden J.D. Pittman, Correctional Officer J. McNeese, Warden Donald Leavins, and Correctional Officer C.L. Ferrignmo.